UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| REBECCA PAYNE | CIVIL ACTION NO. 05-0864 |
| versus | JUDGE STAGG |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court having been advised by the parties, after a mediation, that the above action has been settled,

**IT IS ORDERED** that this action is **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Fed. R. Civ. Proc. 41(a)(1)(ii), a stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is **DENIED AS MOOT**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of August, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE